

Travis Pierre-Louis

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 646.494.9667
travis@lipskylowe.com

www.lipskylowe.com

October 8, 2025

VIA ECF
Honorable Steward D. Aaron, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1970
New York, New York 10007

      RE:   *Dionizovik-Dimanovski v. Hands of Hope Comprehensive Medical Care P.C.*, No. 25-cv-02919 (DEH)(SDA)

Dear Judge Aaron:

      This firm represents Plaintiff. We write jointly with Defendant, pursuant to Your Honor's Individual Rule 1(C), to respectfully request an extension of time for the Parties to submit their joint letter regarding discovery.

      Specifically, the Parties request that the current deadline of October 8, 2025, be extended to October 17, 2025. The reason for this request is that Plaintiff has proposed an ESI protocol, but Defendant has raised a number of objections. The Parties have been engaged in efforts to resolve these disputes, including a telephonic meet-and-confer, but have not yet reached an agreement. Accordingly, the Parties request additional time to continue their negotiations in the hopes of resolving the matter without judicial intervention. If the issues cannot be resolved, Plaintiff intends to bring them to the Court. This is the Parties' first request for an extension of this deadline.

      We thank the Court for its time and consideration of this request.

                    Respectfully submitted,
                    LIPSKY LOWE LLP

                    s/ Travis Pierre-Louis
                    Travs Pierre-Louis

Cc: Counsel of Record (via ECF)

ENDORSEMENT: Application GRANTED. The parties are reminded that discovery disputes may be raised at any time, as long as they are raised in accordance with the Court's Individual Practices. Regardless of the status of any dispute, the parties' joint letter shall include an update on the current status of discovery. SO ORDERED.

Dated: October 9, 2025