UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Marija Dionizovik-Dimanovski,

                Plaintiff,

-against-

Hands of Hope Comprehensive Medical Care P.C.,

                Defendant.

1:25-cv-02919 (DEH) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    Pending before the Court is Plaintiff's Letter Motion to compel Defendant to produce responsive electronically stored information ("ESI") pursuant to a proposed ESI protocol, which Plaintiff asks the Court to approve. (Letter Motion, ECF No. 23; *see also* Pl.'s ESI Protocol, ECF No. 23-1.) Defendant responds that it "substantially agreed to most of Plaintiff's proposed ESI," except with respect to certain issues regarding custodians and the applicable time period. (Def.'s Mem., ECF No. 26.) Following a telephone conference with the parties, and for the reasons stated on the record, Plaintiff's Letter Motion is GRANTED IN PART and DENIED IN PART, as follows:

1. The custodians for the "Highly Relevant Period" shall remain the three individuals set forth in paragraph VI of Plaintiff's proposed ESI protocol. (*See* Pl.'s ESI Protocol at PDF p. 4.)

2. The nine Group 1 custodians set forth in Attachment B to Plaintiff's proposed ESI protocol shall remain the same. (*See* Pl.'s ESI Protocol at PDF p. 9.)

3. The time frame of electronic discovery (*see* Pl.'s ESI Protocol at PDF p. 9) shall be April 25, 2024 through April 25, 2025.

4. Defendants shall produce documents regarding any other complaints concerning the same unlawful or unethical conditions alleged by Plaintiff (*see* Letter Motion at 3) for the time period April 25, 2020 through February 3, 2025.

**SO ORDERED.**

Dated:   New York, New York
         October 30, 2025

_____
STEWART D. AARON
United States Magistrate Judge