# FORD**HARRISON**

366 Madison Avenue | 7th Floor
New York, New York 10017
Tel 212-453-5900 | Fax 212-453-5959

Writer's Direct Contact:

HANNAH R. KRAMER
212-453-5925
HKRAMER@fordharrison.com

December 10, 2025

VIA ECF

Honorable Steward D. Aaron, U.S.M.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1970
New York, New York 10007

> Application GRANTED. However, the Court is not available on any of the dates proposed by the parties. No later than December 17, 2025, the parties shall email to the Court alternative dates during the first two weeks of February. SO ORDERED.
>
> Dated: December 10, 2025

RE:    *Dionizovik-Dimanovski v. Hands of Hope Comprehensive Medical Care P.C.,*
       Case No. 25-cv-02919 (DEH)(SDA)

Dear Magistrate Judge Aaron:

We represent Hands of Hope P.C., ("Hands of Hope") in the above-referenced action. In accordance with Your Honor's rules, we submit this joint letter-motion requesting an adjournment of the settlement conference presently scheduled for December 16, 2025. This is the first extension request by the parties.

Defense counsel is diligently reviewing Defendant's ESI, which is comprised of nearly 60,000 documents, and we expect to produce these documents to Plaintiff's counsel later this week. This adjournment will permit the parties sufficient time to review Defendant's production and to meaningfully engage in settlement discussions with Your Honor.

The parties jointly propose the following dates:

- January 9, 2026
- January 13, 2026
- January 21, 2026
- January 23, 2026

Consistent with Your Honor's earlier order (ECF No. 24), the parties also request that their confidential pre-settlement conference letter be rescheduled for seven (7) calendar days in advance of the rescheduled settlement conference. Thank you for your consideration.

Respectfully submitted,

*Hannah R. Kramer*

HANNAH R. KRAMER

cc:  All counsel of record (via ECF)