**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Marija Dionizovik-Dimanovski,** | |
| **Plaintiff,** | **1:25-cv-02919 (DEH) (SDA)** |
| **-against-** | **ORDER** |
| **Hands of Hope Comprehensive Medical Care P.C.,** | |
| **Defendant.** | |

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that the parties shall file a joint letter on April 7, 2026 regarding the status of discovery.

**SO ORDERED.**

Dated:    New York, New York
          February 10, 2026

_____
STEWART D. AARON
United States Magistrate Judge