**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Marija Dionizovik-Dimanovski,** | |
| **Plaintiff,** | **1:25-cv-02919 (DEH) (SDA)** |
| **-against-** | **ORDER** |
| **Hands of Hope Comprehensive Medical Care P.C.,** | |
| **Defendant.** | |

**STEWART D. AARON, United States Magistrate Judge:**

Discovery in this action closed on June 30, 2026. (*See* 6/25/26 Order., ECF No. 46.) It is hereby ORDERED that, no later than Wednesday, July 8, 2026, the parties shall file a joint letter regarding proposed next steps in this action. If the parties would like to participate in a settlement conference, they shall provide proposed dates and indicate their preference for an in-person conference or a remote conference using Microsoft Teams.[1] If either side intends to file a dispositive motion, the joint letter shall include a proposed briefing schedule.

**SO ORDERED.**

Dated:    New York, New York
             July 1, 2026

_____
STEWART D. AARON
United States Magistrate Judge

---

[1] The parties should consult Judge Aaron's Settlement Conference Procedures, available on the SDNY website, for the attendance requirements for the settlement conference.