UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dionizovik-Dimanovski,

Plaintiff(s),

v.

Hands of Hope Comprehensive Medical Care P.C.,

Defendant(s).

25-CV-2919 (DEH)

ORDER

DALE E. HO, United States District Judge:

By July 16, 2026, the Parties are ORDERED to file a joint letter estimating the length of trial and stating their mutual availability during the months of October, November, and December of this year.

SO ORDERED.

Dated: July 9, 2026
New York, New York

DALE E. HO
United States District Judge